IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MICHAEL JEROME HOLLOWAY,    )
                           )
     Petitioner,           )
                           )     CIVIL ACTION NO.
     v.                    )     1:21cv605-MHT
                           )         (WO)
SID LOCKHART, et al.,      )
                           )
     Respondents.          )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 26) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 21st day of February, 2023.

\_\_\_\_ /s/ Myron H. Thompson \_\_\_\_
UNITED STATES DISTRICT JUDGE