IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MICHAEL JEROME HOLLOWAY,   )
                           )
    Petitioner,            )
                           )      CIVIL ACTION NO.
    v.                     )        1:21cv605-MHT
                           )             (WO)
SID LOCKHART, et al.,      )
                           )
    Respondents.           )
```

## ORDER

Upon consideration of petitioner's motion for an enlargement of time to file objections (Doc. 33), and because the motion appears to have been timely filed, it is ORDERED that:

(1) This case is reopened.

(2) The opinion and judgment (Doc. 31 and Doc. 32) are vacated.

(3) The motion is granted, and petitioner shall have until March 23, 2023, to file objections to the recommendation (Doc. 26).

DONE, this the 23rd day of February, 2023.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE