IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL JEROME HOLLOWAY, ) | |
| ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:21cv605-MHT |
| ) | (WO) |
| SID LOCKHART, et al., ) | |
| ) | |
|     Respondents. ) | |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner filed this habeas-corpus case. This lawsuit is again before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied as time-barred. Previously, the court entered a judgment adopting the recommendation but then vacated that judgment because petitioner complained that he needed more time to file an objection. Now, although given more time, petitioner has still made no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted again.

An appropriate judgment will be entered.

DONE, this the 31st day of March, 2023.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**