IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MICHAEL JEROME HOLLOWAY,    )
                            )
      Petitioner,           )
                            )      CIVIL ACTION NO.
      v.                    )        1:21cv605-MHT
                            )            (WO)
SID LOCKHART, et al.,       )
                            )
      Respondents.          )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 26) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of March, 2023.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**