IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MICHAEL JEROME HOLLOWAY,    )
                            )
     Petitioner,            )
                            )        CIVIL ACTION NO.
     v.                     )          1:21cv605-MHT
                            )               (WO)
SID LOCKHART, et al.,       )
                            )
     Respondents.           )
```

**ORDER**

Upon consideration of petitioner's notice to the court (Doc. 37), it is ORDERED that:

(1) This case is reopened.

(2) The opinion and judgment (Doc. 35 and Doc. 36) are vacated.

(3) The court will consider his objections as timely filed.

DONE, this the 13th day of September, 2023.

                                                  **/s/ Myron H. Thompson**
                                                **UNITED STATES DISTRICT JUDGE**