IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MICHAEL JEROME HOLLOWAY,   )
                           )
     Petitioner,           )
                           )      CIVIL ACTION NO.
     v.                    )        1:21cv605-MHT
                           )            (WO)
SID LOCKHART, et al.,      )
                           )
     Respondents.          )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner's objections (Doc. 38) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 26) is adopted.

(3) The petition for writ of habeas corpus (Doc. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 13th day of September, 2023.

                                 /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**