IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL JEROME HOLLOWAY, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:21cv605-MHT |
| | ) | (WO) |
| SID LOCKHART, et al., | ) | |
| | ) | |
|    Respondents. | ) | |

### ORDER

This cause is now before the court on petitioner's notice of appeal (Doc. 42), which the court is treating as a motion for certificate of appealability. To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 17th day of November, 2023.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE